Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Bianca Aimee Turner

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BIANCA AIMEE TURNER, | Case No.: 2:20-cv-09879-MAA |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: 06/29/2021

THE HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

| | | |
|---|---|---|
| 1 | DATE: June 24, 2021 | Respectfully submitted, |
| 2 | | LAW OFFICES OF LAWRENCE D. ROHLFING |
| 3 | | /s/ *Denise Bourgeois Haley* <br> BY:_____ |
| 4 | | Denise Bourgeois Haley <br> Attorney for plaintiff Bianca Aimee Turner |

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:20-CV-09879-MAA**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on June 24, 2021.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Denise Bourgeois Haley*

_____
Denise Bourgeois Haley
Attorneys for Plaintiff
_____